

January 23, 2023

**Lindsay Kalick**
914.872.7696 (direct)
Lindsay.Kalick@wilsonelser.com

**VIA ECF**

**JOINT ADJOURNMENT REQUEST**

Hon. Naomi Reice Buchwald
United States District Judge
United States District of New York
500 Pearl Street
Courtroom 21A
New York, NY 10007

Re: *Aneudys T. Lendof v. American National Red Cross and Lorna Faverey*
Case No.: 1:22-cv-10458 (NRB)

Dear Judge Buchwald:

Our office represents the defendants in the above-mentioned matter, which has been scheduled for an initial pretrial teleconference on February 1, 2023 at 1:30 p.m. [See, Document 7, Filed 1/10/23]. We write, with plaintiff's counsel's consent, to request an adjournment of the teleconference since the parties are in the midst of discussing settlement. Our office has made an offer to settle the case on behalf of the defendants and plaintiff's counsel is in the process of discussing same with his client and any potential lienholders.

If the case does not settle, we propose the following dates/times for a teleconference:

- February 28, 2023 at any time
- March 7, 2023 between 9:30 a.m. and 12:00 p.m.
- March 8, 2023 at any time

If the case does settle, we will advise the Court as soon as possible.

Please let the parties know if you need any further information.

Very truly yours,

Lindsay J. Kalick

Cc: VIA Email – Robert Greenstein, RGreenstein@nycLAWFIRM.com

*[Handwritten note from Judge:]* The conference is adjourned until February 28, 2023 at 11 a.m. So Ordered. Naomi Reice Buchwald, USDJ 1/24/23

275373125v.1